# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 22, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

158358(26)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

GEORGE EDWARD MULLINS, JR.,
      Defendant-Appellant.

_____/

SC: 158358
COA: 341506
Wayne CC: 90-010785-FC

      On order of the Chief Justice, the motion of plaintiff-appellee to extend the time for filing an answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed if submitted on or before August 14, 2019.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 14, 2019



Clerk